## DECLARATION OF MARIE ANDERSON

My name is Marie Anderson, my date of birth is February 28, 1982, and my business address is 515 E. Border St., Arlington Texas, 76010. Pursuant to 28 U.S. Code § 1746, I declare under penalty of perjury that the following statements are true and correct:

1. On August 26, 2024, I sent the summons issued for Defendant Office of Personnel Management in Cause No. 4:24-cv-00811 to George Padis, Assistant U.S. Attorney for the Northern District.

2. Mr. Padis accepted service via email and provided the letter attached as Exhibit A to this declaration as confirmation of same.

Executed in Tarrant County, Texas, on September 23, 2024.

_____
MARIE ANDERSON

**EXHIBIT A**



THE UNITED STATES ATTORNEY'S OFFICE for the
NORTHERN DISTRICT of TEXAS

GEORGE M. PADIS, *Assistant United States Attorney*

1100 Commerce Street, Third Floor
Dallas, Texas 75242

Telephone: 214.659.8600
Facsimile: 214.659.8811

September 5, 2024

Warren Norred
Norred Law, PLLC
515 E. Border Street
Arlington, TX 76010
warren@norredlaw.com

Re:   *America First Policy Institute v. OPM*, 4:24-cv-00811-P (N.D. Tex.)

Dear Mr. Norred:

This letter confirms that on August 26, 2024, I accepted on behalf of the United States Attorney for the Northern District of Texas service of the summonses and complaint in the above-captioned action. *See* Fed. R. Civ. P. 4(*i*)(1)(A)(i).

Please note that my authority to accept service of process is limited to service on the United States Attorney for the Northern District of Texas, and I do not have authority to accept service of process on behalf of the Attorney General for purposes of Fed. R. Civ. P. 4(*i*)(1)(B).

Yours very truly,

LEIGHA SIMONTON
UNITED STATES ATTORNEY

GEORGE PADIS
Digitally signed by GEORGE PADIS
Date: 2024.09.05 16:03:56 -05'00'

George M. Padis
Assistant United States Attorney