IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| AMERICA FIRST POLICY INSTITUTE,<br><br>Plaintiff,<br><br>v.<br><br>OFFICE OF PERSONNEL MANAGEMENT,<br><br>Defendant. | Civil Action No. 4:24-cv-811-P |

**APPENDIX IN SUPPORT OF DEFENDANT'S ANSWER
TO PLAINTIFF'S ORIGINAL COMPLAINT**

**Contents**

**Page numbers**

A.  OPM's Initial Response to FOIA No. 2022-00337 ...................................................... 1 – 4

B.  OPM's Initial Response to FOIA No. 23-ES-0565-F ......................................................... 5

C.  OPM's Initial Response to FOIA No. 23-OD-0595-F .................................................... 6-7

D.  OPM's Initial Response to FOIA No. 24-OD-0028-F .................................................... 8-9

Respectfully submitted,

LEIGHA SIMONTON
UNITED STATES ATTORNEY

/s/ Andrea Hyatt
Andrea Hyatt
Assistant United States Attorney
Texas Bar No. 24007419
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102-6882
Telephone: 817.252.5230
Fax: 817.252.5458
Andrea.Hyatt@usdoj.gov

*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

On October 7, 2024, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ *Andrea Hyatt*
Andrea Hyatt
Assistant United States Attorney



UNITED STATES OFFICE OF PERSONNEL MANAGEMENT
Washington, DC 20415

February 16, 2024

Via Electronic Mail
James Sherk
Director, Center for American Freedom
America First Policy Institute
jsherk@americafirstpolicy.com

Re: Final Response to Freedom of Information Act (FOIA) Request No. 2022-00337

Dear James Sherk:

This is the final response to your FOIA request to the U.S. Office of Personnel Management (OPM), received on October 28, 2021, assigned tracking number 2022-00337. You requested the following:

> A copy of all agency arbitral awards submitted to [the U.S. Office of Personnel Management (OPM)] pursuant to section 8 of Executive Order 13836 of May 25, 2018. This request is inclusive of all awards submitted between May 25, 2018 and the date of this request.

You subsequently submitted another request seeking the same records, but for the period of between October 29, 2021, and September 6, 2022, which was assigned tracking number 22-ES-0106-F. Both requests were ultimately consolidated under tracking number 2022-00337.

Your request was processed under the FOIA, 5 U.S.C. § 552.

A search was conducted by OPM's Employee Workforce Policy and Innovation (WPI) program office. Responsive records totaling 117 PDF files were located. All records originated with and were submitted to OPM by other agencies or components. As such, OPM determined to refer the records to the submitter agencies for processing and direct response to you. Below is the FOIA contact information for the agencies to which the records were referred, and the number of files referred to each.

Consumer Financial Protection Bureau
Paul Levitan, Acting FOIA Manager
855-444-3642
cfpb_foia@consumerfinance.gov
(2 files)

Transportation Security Administration
FOIA Requester Service Center
866-364-2872
571-227-2300



DEFENDANT'S
EXHIBIT
A

1

James Sherk
2022-00337

foia@tsa.dhs.gov
(25 files)

U.S. Customs & Border Protection
FOIA Requester Service Center
202-325-0150
cbpfoiapublicliaison@cbp.dhs.gov
(6 files)

U.S. Immigration & Customs Enforcement
Fernando Pineiro, FOIA Officer
866-633-1182
ice-foia@dhs.gov
(1 file)

U.S. Citizenship & Immigration Services
FOIA Requester Service Center
foiapaquestions@uscis.dhs.gov
(20 files)

Department of the Air Force
FOIA Requester Service Center
703-693-2735
daf.foia@us.af.mil
(10 files)

Department of the Army
FOIA Requester Service Center
(571) 515-0306
usarmy.belvoir.hqda-esa.mbx.rmda-foia@army.mil
(1 file)

National Guard Bureau
Office of Information and Privacy (NGB/JA-OIP)
844-573-2939
NGB.FOIA@mail.mil
(2 files)

National Park Service
Nicholas A. Banco, FOIA Officer
(202) 641-1621
npsfoia@nps.gov
(3 files)

Department of Labor
FOIA Requester Service Center

James Sherk
2022-00337

202-693-2009
Thomas G. Hicks, Sr., FOIA Public Liaison
202-693-5427
foiarequests@dol.gov
(3 files)

Department of Transportation – Federal Aviation Administration
Sheree Deberry, Manager, Intake Branch
202-267-8492
sheree.l.deberry@faa.gov
(2 files)

Social Security Administration
Michelle Christ, Freedom of Information Officer
410-965-1727
foia.public.liaison@ssa.gov
(31 files)

Department of Agriculture – Forest Service
Margaret Scofield, FOIA Officer
202-401-4410
SM.FS.WOFOIA@usda.gov
(3 files)

Department of Veterans Affairs
Office of Information and Technology - VA Central Office FOIA Service
FOIA Requester Service Center
877-750-3642
vacofoiaservice@va.gov
(7 files)

Department of the Interior – Bureau of Reclamation
FOIA Requester Service Center
303-445-3292
borfoia@usbr.gov
(1 file)

If you are not satisfied with OPM's determination in response to this request, you may administratively appeal in writing by email to OGCAtty@opm.gov or by mail to:

    U.S. Office of Personnel Management
    Office of the General Counsel
    1900 E Street, N.W.
    Washington, D.C. 20415

James Sherk
2022-00337

An appeal should include a copy of the initial request, a copy of the letter denying the request, and a statement explaining why you believe the denying official erred. Appeals must be electronically transmitted or postmarked within 90 calendar days of the date of this response. FOIA administrative appeals should be submitted via email to avoid processing delays.

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. You may contact OGIS by e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; facsimile at 202-741-5769; or mail at:

>   Office of Government Information Services
>   National Archives and Records Administration
>   8601 Adelphi Road-OGIS
>   College Park, Maryland 20740-6001

You may also contact OPM's FOIA Public Liaison, Camille C. Aponte-Rossini, at Camille.Aponte-Rossini@opm.gov or 202-606-1153.

I trust this fully satisfies your request. If you need any further assistance or would like to discuss any aspect of your request, please do not hesitate to contact Steven Gitelman at steven.gitelman@opm.gov or 202-936-2470.

Sincerely,

**TIMOTHY CURRY**
Digitally signed by TIMOTHY CURRY
Date: 2024.02.16 13:50:42 -05'00'

Timothy F. Curry
Deputy Associate Director, Accountability and
  Workforce Relations
Workforce Policy and Innovation

4

| | |
|---|---|
| **From:** | Gitelman, Steven R |
| **To:** | James Sherk |
| **Subject:** | 23-ES-0565-F - Final Response |
| **Date:** | Friday, February 9, 2024 7:45:00 AM |
| **Attachments:** | image001.png |

Good morning.

Here is the access link for the OPM Office of the Executive Secretariat and Privacy and Information Management final response to the above-referenced request:

https://us-opm-poc.box.com/s/njuclmaqpnm3jurin93yp6yw6omfusb1

You will be asked to set up an account. You should enter the system as a non-OPM employee and select the "individual" account option, where you will be able to choose the "free" account rather than one of the subscription alternatives.

Please let me know if you run into any issues.

We appreciate the opprtunity to work with you.


Steven Gitelman
Government Information Specialist
(he/him)
U.S. Office of Personnel Management
Office of the Executive Secretariat and Privacy and Information Management
o: (202) 936-2470
Steven.Gitelman@opm.gov
OPM.gov



Follow us on LinkedIn | Twitter | YouTube

**DEFENDANT'S EXHIBIT B**



UNITED STATES OFFICE OF PERSONNEL MANAGEMENT
Washington, DC 20415

February 14, 2024

Via Electronic Mail
James Sherk
America First Policy Institute
jsherk@americafirstpolicy.com

Re: Final Response to Freedom of Information Act (FOIA) Request No. 23-OD-0595-F

Dear James Sherk:

This is the final response to your FOIA request received September 22, 2023, by the U.S. Office of Personnel Management (OPM), assigned tracking number 23-OD-0595-F. You requested the following for the period between January 20, 2021 and the date of completion:

> A copy of all e-mails and attachments (including BCC and CC) sent to or from the custodians and any email addresses that use the @ourpublicservice.org e-mail domain; provided that this request does not encompass any e-mails already covered by FOIA requests 23-ES-0565-F or 23-OPM-0587-F. For the purpose of this request the custodians are Kiran Ahuja, Gaby Alvarado, Jon Foley, Ella Holman, Alethea Predeoux, Jason Tengco, and Ryan Uyehara.

Your request was processed under the FOIA, 5 U.S.C. § 552.

OPM searched the email accounts of the employees identified in the request. Responsive records totaling 230 pages were located. Upon review, OPM has determined to partially release certain records totaling 219 pages pursuant to FOIA Exemption 6, 5 U.S.C. § 552(b)(6), described below. Redactions have been placed on the withheld information and indicate the exemption(s) applied.

Eleven pages of responsive records originated with the General Services Administration (GSA). There records have been referred to the GSA's FOIA office, which you can contact at:

> U.S. General Services Administration
> FOIA Requester Service Center (LG)
> 1800 F. Street, NW
> Washington, DC 20405
> 855-675-3642
> gsa.foia@gsa.gov
>
> Amanda Jones, FOIA Program Manager
> (202) 969-5900
> amanda.jones@gsa.gov

Exemption 6 allows an agency to withhold "personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal privacy." 5 U.S.C. § 552(b)(6). The phrase "similar files" covers any agency records containing information about a particular individual that can be identified as applying to that individual. The privacy interest that would be affected by disclosure must be balanced against any public interest in the information. Under the FOIA, the only re[dacted] interest to consider is the extent to which the information sought would shed light on an age[ncy]

**DEFENDANT'S EXHIBIT C**

James Sherk
23-OD-0595-F

performance of its statutory duties or otherwise let citizens know what their government is up to.

The information that has been withheld under Exemption 6 consists of the contact information for individuals and the access ID numbers and passcodes for teleconferences and virtual meetings. OPM has determined that the disclosure of this information would shed little or no light on the operations of the government. Because the harm to personal privacy is greater than whatever public interest may be served by disclosure, release of the information would constitute a clearly unwarranted invasion of privacy.

Further, OPM considered the FOIA's foreseeable harm standard under 5 U.S.C. § 552(a)(8)(A)(i)(I) and determined that disclosure would harm an interest protected by the exemptions applied.

If you are not satisfied with OPM's determination in response to this request, you may administratively appeal in writing by email to OGCAtty@opm.gov or by mail to:

> U.S. Office of Personnel Management
> Office of the General Counsel
> 1900 E Street, N.W.
> Washington, D.C. 20415

An appeal should include a copy of the initial request, a copy of the letter denying the request, and a statement explaining why you believe the denying official erred. Appeals must be electronically transmitted or postmarked within 90 calendar days of the date of this letter. It is recommended that FOIA administrative appeals be submitted via email to avoid processing delays.

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. You may contact OGIS by e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; facsimile at 202-741-5769; or mail at:

> Office of Government Information Services
> National Archives and Records Administration
> 8601 Adelphi Road-OGIS
> College Park, Maryland 20740-6001

You may also contact OPM's FOIA Public Liaison, Camille C. Aponte-Rossini, at Camille.Aponte-Rossini@opm.gov or 202-606-1153.

If you have any questions regarding your request, please contact Tiffany Ford at Tiffany.Ford@opm.gov or 202-936-2469.

Sincerely,

JOHN PETTIT
Digitally signed by JOHN PETTIT
Date: 2024.02.14 10:58:08 -05'00'

John Pettit
Chief Administrative Officer
Office of the Director
U.S. Office of Personnel Management

Enclosure:    Responsive Records (219 pages)

7



UNITED STATES OFFICE OF PERSONNEL MANAGEMENT

Office of the Director

April 15, 2024

Via Electronic Mail

James Sherk
America First Policy Institute
jsherk@americafirstpolicy.com

Re: Final Response to Freedom of Information Act (FOIA) Request No. 24-OD-0028-F

Dear James Sherk:

This is the final response to your FOIA request received October 10, 2023, by the U.S. Office of Personnel Management (OPM), assigned tracking number 24-OD-0028-F. You requested the following:

> For the period between January 20, 2021 through the date of completion…a copy of all e-mails and attachments (including BCC and CC) sent to or from Kiran Ahuja, Rob Shriver, Tim Curry, Gaby Alvarado, Jon Foley, Ella Holman, Alethea Predeoux, Jason Tengco, and Ryan Uyehara and the following e-mail addresses of union officials at the Department of Veterans Affairs (VA), the Environmental Protection Agency (EPA), and the Social Security Administration: Howell.Joyce@epa.gov; Owens.Mariejr@epa.gov; Morton.Gary@epa.gov; mary-jean.burke@va.gov; alma.lee@va.gov; william.wetmore@va.gov; oscar.williams@va.gov; lapointe4c220@gmail.com [Jessica LaPointe, President of AFGE Council 220]; bill.price@ssa.gov.

Your request was processed under the FOIA, 5 U.S.C. § 552.

The Office of the Chief Information Officer (OCIO) searched the email accounts of the identified employees for correspondence with the email addresses identified in the request within the specified period. No records responsive to your request were located. OPM has, therefore, determined that there are no records responsive to your request.

If you are not satisfied with OPM's determination in response to this request, you may administratively appeal in writing by email to OGCAtty@opm.gov or by mail to:

U.S. Office of Personnel Management
Office of the General Counsel
1900 E Street, N.W.
Washington, D.C. 20415

An appeal should include a copy of the initial request, a copy of the letter denying the request, and a statement explaining why you believe the denying official erred. Appeals must be electronically

**DEFENDANT'S EXHIBIT D**

James Sherk
24-OD-0028-F

transmitted or postmarked within 90 calendar days of the date of this response. It is recommended that FOIA administrative appeals be submitted via email to avoid processing delays.

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. You may contact OGIS by e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; facsimile at 202-741-5769; or mail at:

> Office of Government Information Services
> National Archives and Records Administration
> 8601 Adelphi Road-OGIS
> College Park, Maryland 20740-6001

You may also contact OPM's FOIA Public Liaison, Camille C. Aponte-Rossini, at Camille.Aponte-Rossini@opm.gov or 202-606-1153.

If you have any questions regarding your request, please contact Tiffany Ford at Tiffany.Ford@opm.gov or 202-936-2469.

> Sincerely,
>
>
> John Pettit
> Chief Administrative Officer
> Office of the Director
> U.S. Office of Personnel Management