IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS - FORT WORTH DIVISION

| | |
|---|---|
| AMERICA FIRST POLICY INSTITUTE,<br>     Plaintiff,<br><br>v.<br><br>OFFICE OF PERSONNEL MANAGEMENT,<br>     Defendant. | Civil Action No. 4:24-cv-811-P |

## FIRST JOINT STATUS REPORT

The parties submit this joint status report in compliance with the Court's requirement, stated in the governing scheduling order, that the parties submit joint status reports every 90 days. (Scheduling Order, ¶ 7.a, ECF Nos. 15 & 18.)

This is a case under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 522, brought by Plaintiff America First Policy Institute against Defendant U.S. Office of Personnel Management (OPM).  On October 31, 2024, the Court issued a scheduling order, consistent with parties' proposal. (ECF Nos. 13, 15 & 18.)  Under the scheduling order, OPM agreed to the following:

1. review potentially responsive documents at a rate of 500 pages/month;

2. make its first production of responsive documents by November 29, 2024;

3. thereafter, produce responsive documents on a rolling monthly basis, until the production is complete; and

4. except for good cause shown, complete the production by December 26, 2025;
(Scheduling Order, ¶ 6.)

OPM has been complying with those obligations. Specifically, the Agency's FOIA personnel have reviewed potentially responsive documents at a rate of 500 pages/month; OPM made its

1

first production of responsive documents two days ahead of the deadline—on November 27, 2024; OPM made its second production on December 27, 2024; and OPM made its third production on January 27, 2025.

The deadline for OPM's next production of documents is February 26, 2025. OPM anticipates that it will be able to meet that deadline.

The parties therefore do not request any modifications to the current scheduling order or have any matters requiring the Court's attention at this time.

Respectfully submitted,

| | |
|---|---|
| NORRED LAW | LEIGHA SIMONTON<br>UNITED STATES ATTORNEY |
| /s/   Warren V. Norred<br>Warren V. Norred<br>Texas Bar No. 24045094<br>515 E. Border Street<br>Arlington, TX 76010<br>Telephone: 817.704.3984<br>Fax: 817.542.6686<br>warren@norredlaw.com<br><br>*Counsel for Plaintiff America First Policy Institute* | /s/   Andrea Hyatt<br>Andrea Hyatt<br>Assistant United States Attorney<br>Texas Bar No. 24007419<br>Burnett Plaza, Suite 1700<br>801 Cherry Street, Unit # 4<br>Fort Worth, TX 76102-6882<br>Telephone: 817.252.5200<br>Fax: 817.252.5458<br>Andrea.Hyatt@usdoj.gov<br><br>*Counsel for Defendant, the U.S. Office of Personnel Management* |

### CERTIFICATE OF SERVICE

On January 29, 2025, I electronically filed the above joint status report with the clerk of court for the U.S. District Court, Northern District of Texas. I certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Andrea Hyatt*
Andrea Hyatt